ATTN: Clerk please file and present to court of ruling please provide a copy to all case parties.

United States Courts
Southern District of Texas
FILED

JUN - 9 2021

Nathan Ochsner, Clerk of Court

~~The Court of Appeals~~ Southern
~~Fourteenth Supreme~~ Judicial District
~~Houston, Texas~~

Lisa Marie Searcy
vs
The State of Texas
~~George~~ grady
gxso
Henry Trochesset, et al

Case No. 3:21-CV-00054
Trial Cause # 14-CR-3596 / 3597
From the 212th Trial Court
Galveston County, Texas

Petition for Writ of Mandamus

To the Honorable Judge of said Court;

Now comes, Lisa Marie Searcy, hereinafter known as the Petitioner, in the above styled and numbered cause, to request this Honorable Court grant this Petition for Writ of Mandamus, and would, in support thereof, show;

please review galveston county District Clerk case summary as burden of proof for a factual determination of plaintiff's rights being violated.

That the Petitioner has attempted to exhaust all State Remedies by filing a Petition for Writ of Habeas Corpus on the 4th day of May, 2020, with the Trial Court in this cause, regarding the illegal detention of the petitioner.

Appeal # WR-91454-01, WR-91454-02, WR-91454-03 -COCA
14th court - 14-20-00481, 14-20-00482-  II. 14-20-00108, 14-20-00109-CR
14-20-00371-CR, 14-20-00372-CR

That effective this date, June 4th, 2021, no action has been taken on the Petitioner's Petition for Writ of Habeas Corpus. The Petitioner has filed timely requests for Judicial Review, but the Trial Court ignore the petitions. As demonstrated with enclosure, this Honorable Court will be able to recognize the intentional disregard for inmate Rights demonstrated by the Trial Courts of Trial courts of Galveston County, Texas.

III.

That the Petitioner was ~~arrested~~ ~~sentenced~~ on the 18th day of ~~Nov~~ April, 2003, By the Honorable William Harmon of the 178th Judicial District Court of harris ~~Galveston~~ County, Texas, to a term of 20 years in the Texas Department of Criminal Justice Institution Division, for the offense of man/del meth, with credit for time served (Flat - time) of 14 years days; and having accumulated Good-Time as provided by law, the Petitioner has now served 14 years days (Flat-Time) and _____ (Good-Time).

Pursuant to Texas Department of Criminal Justice Institutional Division, the Petitioner has served the 20 years Sentence, see Article 42.18, Section 8(a)(c) of the Texas Code of Criminal Procedure.

The Petitioner, according to Statutory Law, was to have been released to Mandatory Supervision when his Flat-Time served plus Good-Time equal the sentence imposed. Neither the Texas Department of Criminal Justice or the Texas Parole Board adhere to any Law until forced to by Court order. 942126 / 941349 case #

IV.

The Petitioner's Constitutional Rights to Liberty, Due Process and Access to the Courts have been violated with great regularity and as an intentional mode of inactivity, to benefit the State, Trial Courts, and Parole Board. Total disregard for an individual's United States and Texas Constitutional Rights are commonplace in Galveston County, Texas. The attitude is one that forces an individual to proceed to the Appellate Court to

seek redress. This extended time needed to file with the Appellate Court, only harms the accused.

## Prayer

Wherefore, premises considered, the Petitioner pray this Petition for Writ of Mandamus be issued to cause the Trial Court to honor, respond, and show cause why the Petitioner continues to be detained, in direct violation of Texas Statue.

Furthermore, the Petitioner prays this Honorable Court grants this petitioner any and all additional relief deemed necessary and appropriate, in the petitioner's behalf.

plaintiff requests court to order trial court to dismiss 19-CR-3546 / 19-CR-3547 for failure states to a fair and speedy trial in violation of the The Speedy trial act of 1974 and violating plaintiffs constitutional rights due to negligence and gross negligence, retaliation, obstruction. for her immediate release from custody to return to her home with her children

Respectfully submitted,

Lisa Searcy
Petitioner

I, Lisa Searcy, do swear and affirm the foregoing to be true and correct, to the best of my knowledge, this 4th day of June, 2021.

19-CP-0155

Lisa Searcy 347183
Petitioner
5700 Ave H
galveston, tx 77551
TDCJ #1162090
Spin#

## Certificate of Service

I certify that a true and correct copy of the foregoing has been sent via ~~interagency~~ mail to the District ~~Attorney~~ Clerk this date.

Attn: Coordinator please set on docket for hearing please ensure my presence and provide notice to all case parties email scan.king@galveston.co.tx.us for zoom or transport me to appear. notice of hearing —

Lisa Marie Searcy
Petitioner

This motion is set for hearing on _____ @ _____
                                    Date      time
By: _____

## ORDER

This motion is hereby granted or denied. circle
It is hereby ordered that:

_____        _____
Presiding Judge                Date

page 20
2